

**Sedgwick**
DETERT, MORAN & ARNOLD LLP

*Michael H. Bernstein*
212-898-4011
michael.bernstein@sdma.com

February 25, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/11



RECEIVED
CHAMBERS OF
RICHARD J. HOLWELL

*Via Telefax*
Hon. Richard J. Holwell, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Karen Novick v. Metropolitan Life Insurance Co. et al.*
    Civ. Act. No.:  09 Civ. 6865 (RJH)
    SDMA File No.: 00584-007613

Dear Judge Holwell:

    This office represents all defendants in the above-referenced matter.

    We write to request an extension of time to respond to the Complaint in this matter on behalf of the defendants. Defendants' response is due on February 28, 2011. We request an extension of time to respond to the Complaint to on or before March 15, 2011. Plaintiff's counsel has not yet responded to my request that he consent to this request but this extension does not affect any previously scheduled dates set by the Court. No prior requests, for an extension of time to respond to the Complaint have been made on defendants' behalf.

    Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB/

cc: Scott M. Riemer, Esq.
    Alan H. Casper, Esq.

enclosure

*extension granted*

~~SO ORDERED~~
_____
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
2/25/11

NY/655147v1