UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KAREN NOVICK,                                                Civil Action No.:
                                                             09 Civ. 6865 (RJH)

                                Plaintiff,

                        -against-                            **NOTICE OF MOTION**

METROPOLITAN LIFE INSURANCE COMPANY AND
METLIFE OPTIONS AND CHOICES PLAN NO. 512,                    DOCUMENT
                                                             ELECTRONICALLY FILED

                                Defendants.
-----------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the previously filed Declaration of Matthew Hallford

dated April 29, 2010 and the exhibits annexed thereto (Doc. No. 15), the previously filed Declaration

of Michael H. Bernstein dated May, 3, 2010 and the exhibits annexed thereto (Doc. No. 16), and

upon the accompanying Memorandum of Law, the defendants Metropolitan Life Insurance

Company ("MetLife") and MetLife Options And Choices Plan No. 512 (the "Plan"), by their

attorneys, Sedgwick, Detert, Moran & Arnold LLP, will move this Court on at a date and time to be

set by the Court, or any mutually agreeable time thereafter, before the Hon. Richard J. Howell,

U.S.D.J., at the United States Courthouse, Southern District of New York, located at 500 Pearl

Street, Courtroom 17B, New York, New York 10007, for an Order pursuant to 28 U.S.C. § 1292(b)

certifying for immediate appeal the Court's February 10, 2011 Order denying Defendants' motion to

dismiss the Complaint.

NY/655954v1                              1

Dated: New York, New York
      March 11, 2011

Respectfully submitted,
SEDGWICK, DETERT, MORAN & ARNOLD LLP

s/ _____

MICHAEL H. BERNSTEIN
JOHN T. SEYBERT
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 898-4028
*Attorneys for Defendants*
*Metropolitan Life Insurance Company  and*
*MetLife Options And Choices Plan No. 512*

NY/655954v1

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached

**NOTICE OF MOTION** was served via ECF on this 11th day of March, 2011, upon the following:

Scott M. Riemer, Esq.                                           Alan H. Casper, Esq.
Riemer & Associates                                     121 S. Broad Street--20th Floor
60 East 42nd Street, Suite 1750                  Philadelphia, PA 19107
New York, NY 10165

s/_____
JOHN T. SEYBERT (JS 5014)

Dated:    New York, New York
            March 11, 2011

NY/655954v1