UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KAREN NOVICK,                                              09-civ-6865 (RJH)

                Plaintiff,

         -against-                                **RULE 7.1 DISCLOSURE STATEMENT**

METROPOLITAN LIFE INSURANCE COMPANY
and METLIFE OPTIONS AND CHOICES PLAN            DOCUMENT
NO. 512,                                                              ELECTRONICALLY FILED

               Defendants.
-------------------------------------------------------------X

The undersigned, counsel of record for defendant, METROPOLITAN LIFE INSURANCE COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

1.     Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
          March 15, 2011

                                     Respectfully submitted,

                                     s/
                                  MICHAEL H. BERNSTEIN (MB-0579)
                                  SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                  125 Broad Street, 39th Floor
                                  New York, New York 10004
                                  T: (212) 422-0202
                                  F: (212) 422-0925
                                  michael.berstein@sdma.com
                                  *Attorneys for Defendants*

NY/662345v1

TO:   RIEMER & ASSOCIATES LLC
Scott M. Riemer, Esq. (SR5005)
60 East 42nd Street, Suite 2430
New York, NY 10165
T: (212) 297-0700
F: (212) 297-0730
sriemer@riemerlawfirm.com
*Attorneys for Plaintiff*

Alan H. Casper, Esq.
PA Attorney I.D. #47081
121 S. Broad Street – 20th Floor
Philadelphia, PA 19107
T: (215) 546-1124
F: (215) 546-1159
acasper@alanhcasperesq.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

       I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (on behalf of MetLife) was served **ECF and Regular Mail** on March 15, 2011, upon the following:

TO:    RIEMER & ASSOCIATES LLC
        Scott M. Riemer, Esq. (SR5005)
        60 East 42nd Street, Suite 2430
        New York, NY 10165
        T: (212) 297-0700
        F: (212) 297-0730
        sriemer@riemerlawfirm.com
        *Attorneys for Plaintiff*

        Alan H. Casper, Esq.
        PA Attorney I.D. #47081
        121 S. Broad Street – 20th Floor
        Philadelphia, PA 19107
        T: (215) 546-1124
        F: (215) 546-1159
        acasper@alanhcasperesq.com
        *Attorneys for Plaintiff*

                                                    s/
                                            MICHAEL H. BERNSTEIN (MB-0579)