UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

NOVICK,

        Plaintiff,

    - against -

METROPOLITAN LIFE INSURANCE CO.,
et al.,

        Defendants.

------------------------------x

09 Civ. 06865 (RJH)

**SCHEDULING ORDER**

At the conference held before the Hon. Richard J. Holwell on March 18, 2011, the following schedule was adopted:

1. Plaintiff's opposition to defendants' pending motion for interlocutory appeal to be filed by April 4, 2011.

2. Defendants' reply papers, if any, to be filed by April 13, 2011.

3. Parties to submit joint proposed discovery schedule by April 21, 2011.

SO ORDERED

Dated: New York, New York
       March 23, 2011

                                          Richard J. Holwell
                                        United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/24/11]