

# Sedgwick
### DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 phone   212.422.0925 fax

john.seybert@sedgwicklaw.com

April 13, 2011

*Via Regular Mail*
Hon. Richard J. Holwell, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Karen Novick* v. *Metropolitan Life Insurance Co. et al.*
    Civ. Act. No.:    09 Civ. 6865 (RJH)
    SDMA File No.:  00584-007613

Dear Judge Holwell:

    This office represents the defendants in the above-referenced matter. Enclosed are courtesy copies of our Defendants Metropolitan Life Insurance Company and MetLife Options and Choices Plan No. 512's Reply Memorandum of Law in Further Support of Their Motion for Certification of Questions for Interlocutory Appeal, filed in this action.

    In accord with the Corut's Individual Practices, Defendants respectfully request oral argument on this motion.

    Thank you for your consideration of this matter.

Respectfully submitted,

John T. Seybert
Sedgwick, Detert, Moran & Arnold LLP

JTS/jf
Enclosure

cc:    Scott M. Riemer, Esq. *(w/encl.)*
       Alan H. Casper, Esq. *(w/encl.)*



The Court will hold oral argument on Wednesday, May 11, 2011, at 2 p.m.

SO ORDERED
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
4/18/11

NY/693744v1