UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

KAREN NOVICK                                                    Case No.  09-civ-6865 (RJH)
                Plaintiff,

    -against-
METROPOLITAN LIFE
INSURANCE COMPANY et. al.        Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending             [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Michael H. Bernstein
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579_____   My State Bar Number is 2104347_____

I am,

[✓]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP_____
                FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004____
                FIRM TELEPHONE NUMBER: 212-422-0202_____
                FIRM FAX NUMBER: 212-422-0925_____

NEW FIRM:    FIRM NAME: Sedgwick LLP_____
                FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004____
                FIRM TELEPHONE NUMBER: 212-422-0202_____
                FIRM FAX NUMBER: 212-422-0925_____

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: April 29, 2011           s/_____
                                ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 29th day of April, 2011, upon the following:

Scott M. Riemer, Esq.
Riemer & Associates
60 East 42nd Street, Suite 1750
New York, NY 10165

Alan H. Casper, Esq.
121 S. Broad Street--20th Floor
Philadelphia, PA 19107

s/
Michael H. Bernstein (MB 0579)

Dated:    New York, New York
          April 29, 2011

1

NY/698631v1