UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAREN NOVICK,                                                         09-civ-6865 (RJH)

                Plaintiff,

    -against-                                                      **AMENDED CERTIFICATE OF SERVICE**

METROPOLITAN LIFE INSURANCE COMPANY
and METLIFE OPTIONS AND CHOICES PLAN              DOCUMENT
NO. 512,                                                                        ELECTRONICALLY FILED

                Defendants.
-----------------------------------------------------------------X

        I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached NOTICE OF CHANGE OF FIRM NAME was served by regular mail on April 29, 2011, and ECF on May 4, 2011, upon the following:

        RIEMER & ASSOCIATES LLC
        Scott M. Riemer, Esq. (SR5005)
        60 East 42nd Street, Suite 2430
        New York, NY 10165
        T: (212) 297-0700
        F: (212) 297-0730
        sriemer@riemerlawfirm.com
        *Attorneys for Plaintiff*

        Alan H. Casper, Esq.
        PA Attorney I.D. #47081
        121 S. Broad Street – 20th Floor
        Philadelphia, PA 19107
        T: (215) 546-1124
        F: (215) 546-1159
        acasper@alanhcasperesq.com
        *Attorneys for Plaintiff*

NY/699514v1

Dated: New York, New York
       May 5, 2011

                                                Respectfully submitted,

                                                s/
                                              MICHAEL H. BERNSTEIN (MB-0579)
                                              SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                              125 Broad Street, 39th Floor
                                              New York, New York 10004
                                              T: (212) 422-0202
                                              F: (212) 422-0925
                                              [michael.berstein@sdma.com](mailto:michael.berstein@sdma.com)
                                              *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached

**AMENDED CERTIFICATE OF SERVICE** (on behalf of Oxford) was served by ECF on

May 5, 2011, upon the following:

>RIEMER & ASSOCIATES LLC
>Scott M. Riemer, Esq. (SR5005)
>60 East 42nd Street, Suite 2430
>New York, NY 10165
>T: (212) 297-0700
>F: (212) 297-0730
>sriemer@riemerlawfirm.com
>*Attorneys for Plaintiff*
>
>Alan H. Casper, Esq.
>PA Attorney I.D. #47081
>121 S. Broad Street – 20th Floor
>Philadelphia, PA 19107
>T: (215) 546-1124
>F: (215) 546-1159
>acasper@alanhcasperesq.com
>*Attorneys for Plaintiff*

Dated:  New York, New York
        May 5, 2011

                                   s/
                                MICHAEL H. BERNSTEIN (MB-0579)