IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/11
```

---

KAREN NOVICK

    Plaintiff

v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.

    Defendants

CIVIL ACTION NO.
09-Civ.-06865(RJH)(AJP)

---

## SCHEDULING ORDER

Pursuant to the time frames previously submitted by counsel to the Court in their Joint Proposed Discovery Plan, the Court having denied Defendants' Motion for Certification on May 11, 2011, the Court enters the following schedule under F.R.C.P. 16(b):

1. All parties shall complete their initial disclosures pursuant to Rule 26(a)(1) by June 13, 2011;

2. Any motions for leave to amend the pleadings and any motions for leave to join other parties shall be filed by June 13, 2011;

3. All discovery shall be completed by August 12, 2011;

4. Motions for summary judgment shall be filed by September 30, 2011. Responses to any motion for summary judgment shall be filed by October 31, 2011. Replies to any responses to motions for summary judgment shall be filed by November 14, 2011.

                                               _____
                                               RICHARD J. HOLWELL, U.S.D.J

Dated: 5/18/11