UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/11
```

KAREN NOVICK,

            Plaintiff,

- against -

METROPOLITAN LIFE INSURANCE
COMPANY and METLIFE OPTIONS AND
CHOICES PLAN NO. 512,

            Defendants.

09 Civ. 06865 (RJH)

**ORDER**

For the reasons stated on the record at the hearing held on May 11, 2011, defendants' motion to certify questions for interlocutory appeal [24] is denied. The Clerk of the Court is directed to close this motion.

SO ORDERED.

Dated: New York, New York
       May 18, 2011

                                                  Richard J. Holwell
                                           United States District Judge