ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/11
```

*John T. Seybert*
*(212) 898-4028*
*john.seybert@sedgwicklaw.com*

August 3, 2011

*Via Facsimile ((212) 805-7948)*
Hon. Richard J. Holwell, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007


RECEIVED AUG - 3 2011
CHAMBERS OF
RICHARD J. HOLWELL

Re: *Karen Novick v. Metropolitan Life Ins. Co. et al.*
    Civ. Act. No. 09 Civ. 6865
    File No.: 00584-7613

Dear Judge Holwell:

This office represents the defendants in the above-referenced action. We write on behalf of defendants and plaintiff to jointly request a two month extension of the deadline to complete discovery from August 12, 2011 to October 14, 2011 and a corresponding extension of the time to file motions for summary judgment.

The parties are engaged in discussions to try to resolve certain discovery disputes in an attempt to avoid motion practice. The sixty days is requested to allow the parties to resolve those disputes and for plaintiff to serve any follow-up discovery, if necessary. This is the first request for an extension of the discovery deadline. The extension would also affect the briefing schedule set for motions for summary judgment. Accordingly, we request that the Court amend the Scheduling Order dated May 18, 2011 (Doc. No. 36) as follows:

| Description | Original Date | Adjourned Date |
| --- | --- | --- |
| Last day to complete discovery | August 12, 2011 | October 14, 2011 |
| Last day to file motions for summary judgment | September 30, 2011 | December 2, 2011 |
| Last day to file responses to any motion for summary judgment | October 31, 2011 | January 6, 2012 |
| Last day to file replies to any responses to motions for summary judgment | November 14, 2011 | January 20, 2012 |

NY/749407v1

Hon. Richard J. Holwell, U.S.D.J.
Re: *Karen Novick v. Metropolitan Life Ins. Co. et al.*
     Civ. Act. No. 09 Civ. 6865
August 3, 2011
Page 2

    Thank you for your consideration of this matter

Respectfully submitted,

*[signature]*

John T. Seybert
Sedgwick LLP

cc: Alan H. Casper, Esq.
    Scott M. Riemer, Esq.

extensions granted.

**SO ORDERED**

*[signature]*

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
8/8/11

NY/749407v1