UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KAREN NOVICK,

                      Plaintiff,

          - against -

METROPOLITAN LIFE INSURANCE COMPANY and
METLIFE OPTIONS AND CHOICES PLAN NO. 512,

                                         X

                     Defendants.

------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/11
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

09 Civ. 6865 (RJH) (AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion:_____
    _____
    All such motions:____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                 October 13, 2011

                                                          Richard J. Holwell
                                               United States District Judge