UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Karen Novick

                 Plaintiff,

  -against-

Metropolitan Life Insurance
Company, et al.        Defendant.

------------------------------------------------------

Case No. 09-civ-6865 (RJH)

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Alan H. Casper**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____  My State Bar Number is **PA 47081**

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Alan H. Casper, Esquire
                  FIRM ADDRESS: 121 S. Broad Street - 20th Floor, Phila., PA 19107
                  FIRM TELEPHONE NUMBER: 215-546-1124
                  FIRM FAX NUMBER: 215-546-1159

NEW FIRM:    FIRM NAME: Alan H. Casper, Esquire
                  FIRM ADDRESS: 1845 Walnut Street - Suite 1500, Phila., PA 19103
                  FIRM TELEPHONE NUMBER: 215-546-1124
                  FIRM FAX NUMBER: 215-546-1159

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 3 November 2011          /s/ Alan H. Casper
                                           ATTORNEY'S SIGNATURE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN NOVICK | \| |
| Plaintiff, | \| CIVIL ACTION NO. 1:09-CV-06865(RJH)(AJP) |
| v. | \| |
| METROPOLITAN LIFE INSURANCE COMPANY and METLIFE OPTIONS AND CHOICES PLAN NO. 512 | \| |
| Defendants | \| |

### CERTIFICATION OF SERVICE

I, Alan H. Casper, Esquire, attorney for Plaintiff Karen Novick, certify that a true and correct copy of the attached NOTICE OF CHANGE OF ADDRESS was served by regular mail on November 3, 2011 and by ECF on November 3, 2011 upon the following:

Michael H. Bernstein, Esquire
Sedgwick LLP
125 Broad Street – 39th Floor
New York, NY 10004-2400

Scott M. Riemer, Esquire
Riemer & Associates, LLC
60 East 42nd Street, Suite 2430
New York, NY 10165

/s/ Alan H. Casper
By: Alan H. Casper, Esquire
PA ATTORNEY I.D. # 47081
1845 WALNUT STREET – SUITE 1500
PHILADELPHIA, PENNSYLVANIA. 19103
(215) 546-1124
ACASPER@ALANHCASPERESQ.COM
ATTORNEY FOR PLAINTIFF KAREN NOVICK

Dated: November 3, 2011