ATTORNEYS AT LAW



# Sedgwick LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

RECEIVED NOV 29 2011 CHAMBERS ANDREW J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/29/11

*Michael H. Bernstein*
(212) 898-4011
michael.bernstein@sedgwicklaw.com

November 29, 2011

*Via Facsimile*
Hon. Andrew J. Peck, U.S.M.J.
United States District Court For the
Southern District Of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED** 11/29/11

Approved but no further extensions will be granted.

SO ORDERED.

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy ECF

BY ECF

Re: *Karen Novick v. Metropolitan Life Insurance Company*
Civ. Act. No. 09-cv-6865(RJH)(AJP)
File No.: 00584-007613

Dear Magistrate Judge Peck:

This office represents the Defendants, Metropolitan Life Insurance Company ("MetLife") and the MetLife Options and Choices Plan No. 12 (the "Plan"). We write to request an extension of time on the briefing schedule for the motion for summary judgment, which was ordered by the Court on November 7, 2011. (Doc. No. 43).

This is the first request for an extension of time. The extension does not affect any other previously scheduled dates. Plaintiff's counsel has consented to the proposed schedule set forth below:

| Description | Current Date | Proposed Date |
| --- | --- | --- |
| Last day for defendants to file their motion for summary judgment (35 pages maximum) | December 2, 2011 | December 23, 2011 |
| Last day for plaintiff to file her opposition and cross-motion for summary judgment | January 6, 2012 | February 3, 2012 |
| Last day for defendants to file their opposition to cross-motion and reply on motion | January 20, 2012 | February 17, 2012 |
| Last day for plaintiff to filer her reply on her cross-motion | January 27, 2012 | March 2, 2012 |

NY/756064v1

Hon. Andrew J. Peck, U.S.M.J.
Re: Karen Novick v. Metropolitan Life Insurance Company
   Civ. Act. No. 09-cv-6865(RJH)(AJP)
November 29, 2011
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

MHB

cc: Alan H. Casper, Esq.
    Scott M. Riemer, Esq.

NY/756064v1

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED NOVEMBER 29, 2011** was served via facsimile on this 29th day of November, 2011 upon the following:

| | |
|---|---|
| Alan H. Casper Esq.<br>1845 Walnut Street, Suite 1500<br>Philadelphia PA 19107<br><br>Business Phone: (215) 546-1124<br>Business E-mail:<br>acasper@alanhcasperesq.com | Scott M. Riemer Esq.<br>Riemer & Associates<br>60 East 42nd Street, Suite 1750<br>New York NY 10165<br><br>Business Phone: (212) 297-0700<br>Business E-mail: sriemer@riemerlawfirm.com |

_____
JOHN T. SEYBERT

Dated:   New York, New York
         November 29, 2011

NY/756064v1

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** November 29, 2011                    **Total Number of Pages:** 4

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Approved but no further extensions will be granted.


**Copies by ECF to:** All Counsel
                     Judge Richard J. Holwell