**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------X
IN THE MATTER OF REASSIGNMENT

                    NOTICE OF REASSIGNMENT

       OF

CASES FROM HON. RICHARD J. HOLWELL

------------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

           HON. RICHARD K. EATON

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: February 21, 2012

                          Ruby J. Krajick, CLERK


                          Shante Jones
               By: _____
                          Deputy Clerk


cc: Attorneys of Record

**Judge Holwell to Judge Eaton**

**11cv5131**

**10cv9541**

**05cv0223**

**05cv2598**

**05cv6261**

**05cv10031**

**09cv9216**

**11cv6746**

**10cv4157**

**09cv10607**

**09cv6865**