ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*



February 14, 2012

*Via Overnight Mail*
Hon. Richard J. Holwell, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Karen Novick v. Metropolitan Life Insurance Company*
    Civ. Act. No. 09-cv-6865(RJH)(AJP)
    File No.: 00584-007613

Dear Judge Holwell:

This office represents the Defendants, Metropolitan Life Insurance Company and the MetLife Options and Choices Plan No. 12 (collectively "Defendants"), in the above-referenced action. We respectfully write to request an additional extension of time on the remaining briefing schedule for the parties' pending motions for summary judgment.

This is the second request for an extension. Pursuant to Magistrate Judge Andrew J. Peck's Order dated November 29, 2011, no further extensions of time will be granted. (Doc. No. 44). However, the parties have timely complied with the initial deadlines to file their respective motions for summary judgment. (Doc. Nos. 48-52 *and* 54-60). Due to other unexpected commitments, Defendants respectfully request an additional one week extension of time to file their opposition to Plaintiff's cross-motion for summary judgment and reply to their motion for summary judgment, which Plaintiff's counsel has consented to.

Accordingly, the parties have consented to the proposed remaining briefing schedule set forth below:

| Description | Current Date | Proposed Date |
| --- | --- | --- |
| Last day for defendants to file their opposition to cross-motion and reply on motion | February 17, 2012 | February 24, 2012 |
| Last day for plaintiff to filer her reply on her cross-motion | March 2, 2012 | March 16, 2012 |

NY/846483v1

Re: Karen Novick v. Metropolitan Life Insurance Company
   Civ. Act. No. 09-cv-6865(RJH)(AJP)
February 14, 2012
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

MHB

cc: Alan H. Casper, Esq.
    Scott M. Riemer, Esq.

**EXTENSIONS GRANTED**

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

February 17, 2012

NY/846483v1