UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAREN NOVICK,

                      Plaintiff,

          -against-

METROPOLITAN LIFE INSURANCE COMPANY
and METLIFE OPTIONS AND CHOICES PLAN
NO. 512,

                  Defendants.
-------------------------------------------------------------X

Civ. Act. No.
09-civ-6865 (RKE)

ORDER

DOCUMENT
ELECTRONICALLY FILED

UPON CONSIDERATION OF THE JOINT MOTION BY ALL PARTIES, IT IS HEREBY
ORDERED that the following briefing schedule is so ordered by the court:

| Date | Description |
|------|-------------|
| March 16, 2012 | Last day for Plaintiff to file Opposition to Defendants' motion to strike |
| March 30, 2012 | Last day for Defendants to file Reply in further support of their motion to strike |

Dated: New York, NY
     March /5, 2012

                /S/      Richard K. Eaton
                HON. RICHARD K. EATON
                U.S. JUDGE, COURT OF
                INTERNATIONAL TRADE
                *By Designation USDJ*