USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 03/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KAREN NOVICK,

        *Plaintiff*,

  -against-

METROPOLITAN LIFE INSURANCE
COMPANY and METLIFE OPTIONS AND
CHOICES PLAN NO. 512,

        *Defendant*.

------------------------------------------------------------x

09 Civ. 6865 (RKE)

**ORDER**

    A status conference is scheduled for April 5, 2012 at 11:00 a.m. in Courtroom 2, United States Court of International Trade, One Federal Plaza, New York, New York 10278.

    During this conference, the court will hear oral argument on defendants' Motion to Strike filed on February 24, 2012.

SO ORDERED.

Dated:    March 26, 2012
          New York, New York

                            /S/    Richard K. Eaton
                                        Judge

---

     Judge Richard K. Eaton of the United States Court of International Trade, sitting by designation.