UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 04/09/12
```

-------------------------------------------------------x

KAREN NOVICK,

          *Plaintiff*,

-against-

METROPOLITAN LIFE INSURANCE
COMPANY and METLIFE OPTIONS AND
CHOICES PLAN NO. 512,

          *Defendants*.

-------------------------------------------------------x

09 Civ. 6865 (RKE)

**ORDER**

Upon consultation with the parties, and after due deliberation, it is hereby

ORDERED that the court will hear oral argument on the parties' motions for summary judgment; and it is further

ORDERED that the parties appear for oral argument in the above-captioned case on May 24, 2012 at 2:00 P.M. in Courtroom 2 at the United States Court of International Trade, One Federal Plaza, New York, New York 10278.

SO ORDERED.

Dated:    April 9, 2012
            New York, New York

                                    /S/    Richard K. Eaton
                                            Richard K. Eaton, Judge

---

      •    Judge Richard K. Eaton of the United States Court of International Trade, sitting by designation.