# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand thirteen.

Present:
    José A. Cabranes,
    Richard C. Wesley,
    J. Clifford Wallace,[*]
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 08, 2013

Karen Novick,

        *Plaintiff-Appellee*,

v.                                                            13-492

Metropolitan Life Insurance Company, Metlife Options and Choices Plan No. 512,

        *Defendants-Appellants*.

Appellee, through counsel, moves to dismiss the appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that decision on the motion is DEFERRED pending this Court's decision in *Mead v. Reliastar Life Ins. Co.*, Dkt. No. 11-192, at which time the motion will be decided by a new panel in the ordinary course.

                                                      FOR THE COURT:
                                                      Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

[*] Judge J. Clifford Wallace, of the United States Court of Appeals for the 9th Circuit, sitting by designation.

SAO-SSH

CERTIFIED COPY ISSUED ON MAY 8, 2013