UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

KAREN NOVICK,

                 *Plaintiff*,

         -against-

METROPOLITAN LIFE INSURANCE
COMPANY and METLIFE OPTIONS AND
CHOICES PLAN NO. 512,

                 *Defendants*.

----------------------------------------------------------------x

09 Civ. 6865 (RKE)

**ORDER**

       This matter has been stayed pursuant to the court's Judgment, dated February 4, 2013, entered following its Opinion and Order dated December 17, 2012. The basis of the stay was defendants' appeal of the Judgment to the Court of Appeals, which was dismissed by the Court on November 4, 2014. Thereafter, the Court issued its mandate on December 2, 2014.

       Before the court is plaintiff's motion for attorneys' fees and costs. Therefore, it is hereby

       ORDERED that the parties are to consult and propose a joint briefing schedule on plaintiff's motion, including any supplemental briefing. Such schedule shall be communicated to the court by close of business, on January 5, 2015.

       SO ORDERED.

Dated:     December 15, 2014
              New York, New York

                                /S/     Richard K. Eaton
                                           Judge

---

      \*     Judge Richard K. Eaton of the United States Court of International Trade, sitting by designation.