ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

January 5, 2015

*Via E-mail*
Hon. Richard K. Eaton
Judge of the United States Court of
International Trade
United States Court of International Trade
One Federal Plaza
New York, New York  10278-0001

Re: *Karen Novick* v. *Metropolitan Life Insurance Company et al.*
    Civ. Act. No. 09 Civ. 6865 (RKE)
    File No.: 00584-007694

Dear Judge Eaton:

This office represents the Defendants in the above-referenced matter.  In accord with the Court's Order dated December 15, 2014, we have conferred with Plaintiff's counsel and write to jointly propose the following briefing schedule with respect to Plaintiff's application for attorney's fees and costs:

- *January 30, 2015* -- Last day for Defendants to file their opposition to Plaintiff's motion;

- *February 20, 2015* -- Last day for Plaintiff to file her reply in further support of Plaintiff's motion.

We request that the above briefing schedule be so ordered by the Court.  Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

MHB
Enclosure
cc:  Scott M. Riemer Esq.
     Alan H. Casper Esq.

**SO ORDERED**

/s/   _____   1/6/2015
        Richard K. Eaton
             Judge                    Date

19779729v1