ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

January 29, 2015

*Via E-mail*
Hon. Richard K. Eaton
Judge of the United States Court of
International Trade
United States Court of International Trade
One Federal Plaza
New York, New York  10278-0001

Re: *Karen Novick v. Metropolitan Life Insurance Company et al.*
   Civ. Act. No. 09 Civ. 6865 (RKE)
   File No.: 00584-007694

Dear Judge Eaton:

This office represents the Defendants in the above-referenced matter. We write to request a two-week extension of time for the briefing schedule with respect to Plaintiff's application for attorney's fees and costs as follows:

| Description | Current Date | Proposed Date |
| --- | --- | --- |
| Last day for Defendants to file their opposition to Plaintiff's motion | January 30, 2015 | February 13, 2015 |
| Last day for Plaintiff to file her reply in further support of Plaintiff's motion | February 20, 2015 | March 13, 2015 |

The snow storm delayed our ability to complete the opposition. Plaintiff's counsel consented to the extension.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc:  Scott M. Riemer Esq.
     Alan H. Casper Esq.

**SO ORDERED**

/S/   Richard K. Eaton    2/2/2015
      SENIOR Judge        Date
      Richard K Eaton

19858366v1