Case 1:09-cv-06865-RKE Document 98 Filed 02/27/15 Page 1 of 1



**RIEMER & ASSOCIATES LLC**
ATTORNEYS AT LAW

60 east 42nd street | suite 1750

new york, new york 10165

T 212.297.0700 | F 212.297.0730

February 27, 2015

**VIA ECF**
Hon. Richard K. Eaton
U.S. Court of International Trade
One Federal Plaza, Room 397
New York, NY 10278

      Re:    *Karen Novick v. Metropolitan Life Insurance Company and MetLife Options and Choices Plan No. 512*
           <u>09 CV 6865 (RKE)</u>

Dear Judge Eaton:

    We represent plaintiff in the above-referenced matter. I write, with the consent of counsel for MetLife, to seek a two-week extension of time to submit Plaintiff's reply brief in further support of her application for attorney's fees and costs, which is currently due on March 13, 2015. The new deadline for plaintiff's reply would be March 27, 2015.

    This request is being made because my associate, who will be working on the draft of the reply brief, has been summoned to serve on a grand jury. We anticipate her availability to be very limited for the next two weeks.

    Thank you for your consideration of this matter.

                                    Respectfully yours,

                                    Scott M. Riemer

cc:    Alan H. Casper, Esq.
        Michael H. Bernstein, Esq.

info@riemerlawfirm.com | www.riemerlawfirm.com